UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONUTTI SKELETAL
INNOVATIONS LLC,

             Plaintiff,

vs.

ARTHREX, INC.,

             Defendant.

Civil Action No. 6:12-cv-1380-ACC-TBS

JURY TRIAL DEMANDED

## SECOND AMENDED COMPLAINT

Plaintiff, Bonutti Skeletal Innovations LLC ("Bonutti Skeletal"), for its Second Amended Complaint hereby asserts claims of patent infringement against Arthrex, Inc. ("Arthrex"), and alleges as follows:

## THE PARTIES

1.     Bonutti Skeletal is a Delaware limited liability company having a place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75034.

2.     Arthrex is a Delaware corporation having a principal place of business at 1370 Creekside Boulevard, Naples, Florida 34108-1945.

## PATENTS-IN-SUIT

3.     U.S. Patent No. 5,921,986 ("the '986 patent"), entitled "Bone Suture," was lawfully issued on July 13, 1999 to the inventor Peter M. Bonutti ("Dr. Bonutti"). Bonutti Skeletal is the owner, through assignment, of the title, interest and rights to enforce and collect

damages for all past, present and future infringements of the '986 patent by the accused products and the use thereof. A copy of the '986 patent is attached as **Exhibit A.**

4.     U.S. Patent No. 8,147,514 ("the '514 patent"), entitled "Apparatus and Method for Securing a Portion of a Body," was lawfully issued on April 3, 2012 to the inventor Dr. Bonutti. Bonutti Skeletal is the owner, through assignment, of the title, interest and rights to enforce and collect damages for all past, present and future infringements of the '514 patent by the accused products and the use thereof. A copy of the '514 patent is attached as **Exhibit B.**

5.     U.S. Patent No. 5,814,072 ("the '072 patent"), entitled "Method and Apparatus for Use in Anchoring A Suture," was lawfully issued on September 29, 1998 to the inventor Dr. Bonutti. The '072 patent was the subject of a reexamination proceeding resulting in the issuance of a Reexamination Certificate referred to herein as "the reexamined '072 patent." Bonutti Skeletal is the owner, through assignment, of the title, interest and rights to enforce and collect damages for all past, present and future infringements of the '072 patent and/or the reexamined '072 patent by the accused products and the use thereof. A copy of the '072 patent and its Reexamination Certificate is attached as **Exhibit C.**

6.     U.S. Patent No. 5,782,862 ("the '862 patent"), entitled "Suture Anchor Inserter Assembly and Method," was lawfully issued on July 21, 1998 to the inventor Dr. Bonutti. Bonutti Skeletal is the owner, through assignment, of the title, interest and rights to enforce and collect damages for all past, present and future infringements of the '862 patent by the accused products and the use thereof. A copy of the '862 patent is attached as **Exhibit D.**

7.     U.S. Patent No. 5,980,559 ("the '559 patent"), entitled "Suture Anchor," was lawfully issued on November 9, 1999 to the inventor Dr. Bonutti. Bonutti Skeletal is the owner, through assignment, of the title, interest and rights to enforce and collect damages for all past,

present and future infringements of the '559 patent by the accused products and the use thereof. A copy of the '559 patent is attached as **Exhibit E**.

## BACKGROUND

8.     Dr. Bonutti is an orthopedic surgeon with experience in performing over 20,000 orthopedic surgical procedures.

9.     Because of Dr. Bonutti's expertise, insights, experience and research efforts, Dr. Bonutti is an inventor or co-inventor of over 150 U.S. patents, including the '986 patent, the '514 patent, the '072 patent, the reexamined '072 patent, the '862 patent, and the '559 patent (collectively, "the patents-in-suit").

10.     The patents-in-suit involve specialized procedures, instruments, systems, kits and apparatuses invented by Dr. Bonutti relating to suture anchors and suture anchor related instruments used in certain surgical procedures, including, for example, bone and joint fixation and body-tissue re-attachment.

11.     Arthrex designs, develops, manufactures, offers for sale, sells, uses, distributes and markets suture anchors and/or suture anchor related instruments and products used in such surgical procedures.

12.     Arthrex creates, distributes and otherwise makes available to surgeons and the public at large instructions for use and/or videos on surgical techniques, including, but not limited to, TightRope Syndesmosis Fixation, AC Joint TightRope Fixation, SutureBridge and SpeedBridge Rotator Cuff Repair, PushLock Bankart & SLAP Repair and Arthroscopic Meniscal Repair, which use Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, TightRope products, GraftRope products, PushLock products, SwiveLock SP products, Corkscrew products, Suture Tak products, FASTak products and the Meniscal Cinch.

13.     Arthrex also offers a comprehensive program of educational and support services to orthopedic surgeons.  This program of educational and support services includes surgeon courses offered in Naples, Florida, and other cities throughout the United States, including courses on distal extremities, hip courses, knee courses and shoulder courses.  Arthrex also offers the opportunity to attend Arthrex surgeon observations pertaining to certain Arthrex techniques.

14.     Arthrex is the assignee of at least 177 U.S. patents relating to arthroscopy, including suture anchors and/or suture anchor related instruments and products used in such surgical procedures.  Arthrex has an in-house registered patent attorney and marks its products covered by U.S. patents.  Arthrex is knowledgable of patents and patent searching and utilizes patents as a necessary component of its business strategies.  At least 3 of Arthrex's patents cite at least one of the patents-in-suit or a family member of a patent-in-suit.

15.     Arthrex U.S. Pat. No. 8,348,960 cites the '986 patent.  Moreover, in a December 20, 2011 reply to an office a ction during prosecution of U.S. Pat. No. 8,348,960, Arthrex acknowledged its awareness of the '986 patent and argued that the pending claims were not anticipated by the '986 patent.

16.     Arthrex U.S. Pat. Nos. 7,901,431 and 8,221,455 cite Bonutti U.S. Pat. No. 6,117,160, which is a child of the '986 and the parent of the '514 patent.

17.     The market for suture anchors and/or suture anchor related instruments and products used in such surgical procedures is relatively small.  Arthrex is one of the biggest, if not the biggest, orthopedic manufacturer in the suture anchor market.

18.     Arthrex monitors the patent literature including issued patents and published patent applications on suture anchors, surgical techniques and instruments using sutures and suture anchors, and throughout the cycle of researching, developing, commercializing, and marketing products, techniques and/or instrumentation systems, searches and monitors the patent

literature and published patent applications in the suture anchor market in order to stay informed of what competitors are doing as well as to keep apprised as to technological developments in the suture anchor market. In addition, Arthrex, , obtains opinions and advice from patent counsel on the patents and published applications it finds as result of its monitoring and searching efforts.

19.     Arthrex was aware of each and every one of the patents-in-suit at the latest and if not earlier than the filing of the original Complaint as a result of Arthrex's patent activities including patenting of its research and development efforts, as well as its monitoring and searching of patent literature including issued patents and published patent applications in the suture anchor market.

20.     Dr. Bonutti and Arthrex have interacted on numerous occasions.

21.     Dr. Bonutti has had numerous communications and interactions with Arthrex's President, Reihold D. Schieding.

22.     Arthrex's President extended an offer to Dr. Bonutti to become a consulting surgeon for Arthrex on bone grafting, suture anchors and multi-lock fasteners.

23.     Dr. Bonutti met with sales representatives from Arthrex annually at the American Academy of Orthopedic Surgeons (AAOS) annual meeting beginning in 1988 and continuing to the most recent meeting of the AAOS in March 2013. Dr. Bonutti frequently walks the trade show floor and visit the trade show booths of orthopedic manufacturers including specifically Arthrex. Dr. Bonutti made a practice of showing suture anchor manufacturers his Multi-Tak brochures (Copy attached as Exhibit F). The Multi-Tak brochure states that the Multi-Tak is covered by U.S. Patent Nos. "5,464,426; 5,403,348; 5,522,846; 5,527,343; 5,534,012; [the '862 patent]; and other patents pending." Dr. Bonutti and his representatives on several occasions showed the Arthrex representatives his Multi-Tak brochures.

24.     In addition, Dr. Bonutti had a practice of discussing his then-issued patents with Arthrex representatives at each AAOS meeting he attended.  Specifically, Dr. Bonutti discussed the patents-in-suit with Chad Mueller, an Arthrex Team Leader on many occasions.

25.     In February of 2011, Arthrex invited Dr. Bonutti to visit its Naples, Florida lab. Chad Mueller coordinated the invitation, and  provided a copy of the issued patents-in-suit to Arthrex management.

26.     Although meetings between Dr. Bonutti and Arthrex were arranged, Dr. Bonutti never attended.  The meeting between Dr. Bonutti and Arthrex did not take place at least in part because of discussions and concerns over Arthrex's infringement of the patents-in-suit.

27.     As a result of the activities of Arthrex in the field of suture anchors, and Arthrex's interactions with Dr. Bonutti where Dr. Bonutti and his representatives discussed the patents-in-suit, Arthrex was aware of the patenting activities of Dr. Bonutti and had knowledge of Dr. Bonutti's patent portfolio and specifically had knowledge of the patents-in-suit at the latest, if not earlier, by the filing date of the original Complaint.

28.     Bonutti Skeletal filed the original Complaint against Arthrex charging Arthrex with infringement of the patents-in-suit and U.S. Patent Nos. 7,087,073 and 6,569,187  on September 10, 2012.  Bonutti Skeletal filed an First Amended Complaint charging Arthrex with infringement of the patents-in-suit and U.S. Patent Nos. 7,087,073 and 6,569,187 on September 21, 2012.  Arthrex was served with the First Amended Complaint at least as of September 25, 2012. Such filing and service of the First Amended Complaint constitutes notice of the patents-in-suit under 35 U.S.C. § 287 (a), and Defendant had notice and specific knowledge of the patents-in-suit since at least September 25, 2012, when Arthrex was served with the First Amended Complaint.

## JURISDICTION AND VENUE

29.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 et seq.

30.     This Court has personal jurisdiction over Arthrex because, among other things, Arthrex has its principal place of business in this District and is engaged in substantial and not isolated activity within this District.

31.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## COUNT I – INFRINGEMENT OF THE '986 PATENT

32.     Bonutti Skeletal realleges and incorporates by reference each of the preceding paragraphs.

33.     Arthrex, directly or through the actions of its employees, divisions and/or subsidiaries, has infringed and continues to infringe the '986 patent directly, indirectly (by inducing infringement by others or contributing to infringement), jointly, literally and/or equivalently.

34.     Arthrex has infringed and continues to infringe the '986 patent, directly, indirectly, jointly, literally and/or by equivalents, by, among other things, making, using, offering for sale, selling and/or importing within the United States suture anchors and/or suture anchor related instruments and products for use in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent, and/or by, among other things, with specific intent, inducing, instructing and encouraging medical professionals to use Arthrex suture anchors and/or suture anchor related instruments and products in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent. The suture anchors and products include, but are not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the

TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, and associated instruments, products and surgical technique guides, including, but not limited to, those for the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation.

35.    Surgeons, physicians and medical professionals have infringed and continue to infringe the '986 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, using Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, in the United States a manner that practices the method of at least claims 64 and/or 76 of the '986 patent.

36.    Arthrex had and continues to have knowledge and is aware of Dr. Bonutti's patents, including the '986 patent.

37.    Arthrex has infringed and continues to infringe the '986 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '986 and specific intent, to encourage, instruct, teach, induce and contribute to the infringement of, Arthrex did encourage, promote, instruct, teach and induce surgeons, physicians and medical professionals to use within the United States Arthrex suture anchors and/or suture anchor related instruments and products in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent, by, for example, creating and distributing instructions for use and surgical technique guides, including, but not limited to, the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation, for Arthrex suture anchors and/or suture anchor related instruments

and products, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, that instruct use of these Arthrex products in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent, and by designing, manufacturing, offering for sale, selling and instructing of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, that are specially designed for use in and are used in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent.

38.     Arthrex had and has actual and/or constructive knowledge of the infringement of the '986 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to cause such infringement because of Arthrex's knowledge of the '986 patent; and Arthrex's creation and distribution of instructions for use and surgical technique guides, including, but not limited to, the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation, for Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, that instruct, encourage and induce the use of those Arthrex instruments and products in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent.

39. Arthrex had and has actual and/or constructive knowledge of the infringement of the '986 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to cause such infringement because of Arthrex's knowledge of the '986 patent; and Arthrex's design, manufacture, offer for sale, sale to and instruction of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, that are specially designed for use in and are used in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent.

40. Arthrex suture anchors and products, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System are not staple articles or commodities of commerce suitable for substantial noninfringing use as the instructions for use and surgical technique guides supplied by Arthrex only teach ways to use such instruments and products that practice the method of at least claims 64 and/or 76 of the '986 patent.

41. At the very least, Arthrex was willfully blind as to the existence of the '986 patent, and therefore willfully blinded itself to its surgeons, physicians and medical professionals' direct infringement of the '986 patent resulting from their use of Arthrex suture anchors and products, as a result of Arthrex's creation and distribution of instructions for use and surgical technique guides that instruct, teach, encourage and induce surgeons to implant such

products, including, but not limited to, Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS (No Button), the TightRope ABS Button and the PCL TightRope System, in a manner that practices the method of at least claims 64 and/or 76 of the '986 patent.

42.     Arthrex's infringement of the '986 patent is and has been willful and deliberate.

43.     Arthrex knew of the '986 patent, Defendants ignored and/or disregarded that its actions constituted infringement of a valid patent, and Defendants acted despite an objectively high likelihood that its actions constituted infringement of a valid patent.

## COUNT II – INFRINGEMENT OF THE '514 PATENT

44.     Bonutti Skeletal realleges and incorporates by reference each of the preceding paragraphs.

45.     Arthrex, directly or through the actions of its employees, divisions and/or subsidiaries, has infringed and continues to infringe the '514 patent directly, indirectly (by inducing infringement by others or contributing to infringement), jointly, literally and/or equivalently.

46.     Arthrex has infringed and continues to infringe the '514 patent, directly, indirectly, jointly, literally and/or by equivalents, by, among other things, making, using, offering for sale, selling and/or importing within the United States suture anchors and/or suture anchor related instruments and products embodying at least claim 1 of the '514 patent, and/or by, among other things, instructing and encouraging medical professionals to use Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claim 1 of the '514 patent. The suture anchors and products include, but are not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini

TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, and associated instruments, products and surgical technique guides, including, but not limited to, those for the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation.

47. Surgeons, physicians and medical professionals have infringed and continue to infringe the '514 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, using in the United States Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, that embody at least claim 1 of the '514 patent.

48. Arthrex had and continues to have knowledge and is aware of Dr. Bonutti's patents, including the '514 patent.

49. Arthrex has infringed and continues to infringe the '514 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '514 patent and specific intent, to encourage, instruct, contribute to, teach and induce the infringement of, did Arthrex encourage, promote and induce others to make, use, offer for sale, sell and/or import within the United States Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claim 1 of the '514 patent, by, for example, promoting, offering to sell, selling and/or distributing Arthrex suture anchors and/or suture anchor related products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, that embody at least claim 1 of the '514 patent, by creating and

distributing instructions for use and surgical technique guides, including, but not limited to, the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation, for Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, that embody at least claim 1 of the '514 patent, and by designing, manufacturing, promoting, offering for sale, selling and instructing surgeons, physicians and medical professionals in the use of suture anchor related instruments and products specially designed to promote use of Arthrex suture anchors, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, that embody at least claim 1 of the '514 patent.

50.    Arthrex had and has actual and/or constructive knowledge of the infringement of the '514 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to encourage such infringement because of: Arthrex's knowledge of the '514 patent; Arthrex's promotion, offer for sale, sale and/or distribution of Arthrex suture anchors and/or suture anchor products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, that embody at least claim 1 of the '514 patent; Arthrex's creation and distribution of instructions for use and surgical technique guides, including, but not limited to, the TightRope Syndesmosis Fixation and the AC Joint TightRope Fixation, for those Arthrex's suture anchors and/or suture anchor related instruments and

Page | 13

products that instruct, encourage and induce surgeons, physicians and medical professionals in the use of those Arthrex instruments and products; and Arthrex's design, manufacture, offer for sale, sale to and instruction of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors that embody at least claim 1 of the '514 patent.

51.     Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System, embodying at least claim 1 of the '514 patent are not staple articles or commodities of commerce suitable for substantial noninfringing use to the extent that the instructions for use and surgical technique guides supplied by Arthrex only teach ways to use such instruments and products that infringe the '514 patent.

52.     At the very least, Arthrex was willfully blind as to the existence of the '514 patent, and therefore willfully blinded itself to its surgeons, physicians and medical professionals' direct infringement of the '514 patent resulting from their use of Arthrex suture anchors and products, as a result of Arthrex's creation and distribution of instructions for use and surgical technique guides that instruct, teach, encourage and induce surgeons to implant such products, including, but not limited to, certain Arthrex TightRope products, including, but not limited to, the TightRope, the TightRope AC, the Mini TightRope, the ACL TightRope RT, the ACL TightRope DB, the BTB TightRope, the TightRope ABS Button and the PCL TightRope System.

53.     Arthrex's infringement of the '514 patent is and has been willful and deliberate.

54. Arthrex knew of the '514 patent, Arthrex ignored and/or disregarded that its actions constituted infringement of a valid patent, and Arthrex acted despite an objectively high likelihood that its actions constituted infringement of a valid patent.

## COUNT III –INFRINGEMENT OF
## THE '072 PATENT AND THE REEXAMINED '072 PATENT

55. Bonutti Skeletal realleges and incorporates by reference each of the preceding paragraphs.

56. Arthrex, directly or through the actions of its employees, divisions and/or subsidiaries, has infringed and continues to infringe the '072 patent and the reexamined '072 patent directly, indirectly (by inducing infringement by others or contributing to infringement), jointly, literally and/or equivalently.

57. Arthrex has infringed and continues to infringe the '072 patent and/or the reexamined '072 patent, directly, indirectly, jointly, literally and/or by equivalents, by, among other things, making, using, offering for sale, selling and/or importing within the United States suture anchors and/or suture anchor related instruments and products embodying at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent, and/or by, among other things, with knowledge of the '072 patent and/or the reexamined '072 patent and specific intent, instructing and encouraging medical professionals to use Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent. The suture anchors and products include, but are not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, and associated instruments, products and surgical technique guides, including, but not limited to, those for the PushLock Bankart & SLAP Repair,

the SutureBridge (and SpeedBridge) Rotator Cuff Repair and the Achilles SutureBridge surgical techniques.

58.    Surgeons, physicians and medical professionals have infringed and continue to infringe the '072 patent and/or the reexamined '072 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, using in the United States Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, that embody at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent.

59.    Arthrex had and continues to have knowledge and is aware of Dr. Bonutti's patents, including the '072 patent and the reexamined '072 patent.

60.    Arthrex has infringed and continues to infringe the '072 patent and/or the reexamined '072 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '072 patent and/or the reexamined '072 patent and specific intent, to encourage, instruct, contribute to, teach and induce the infringement of, Arthrex did encourage, promote, teach, instruct and induce others to make, use, offer for sale, sell and/or import within the United States Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent, by, for example, promoting, offering for sale, selling and/or distributing Arthrex suture anchors and/or suture anchor related products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, that embody at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent, by creating and distributing instructions for use and surgical technique guides, including, but not limited to, the PushLock Bankart & SLAP Repair, the SutureBridge (and SpeedBridge) Rotator Cuff Repair and the Achilles SutureBridge,

for Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, that embody at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent.

61.     Arthrex has infringed and continues to infringe the '072 patent and/or the reexamined '072 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '072 patent and/or the reexamined '072 patent and specific intent, to encourage, instruct, contribute to, teach and induce the infringement of, Arthrex encouraged, promoted and induced others to make, use, offer for sale, sell and/or import within the United States Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent, by, for example, designing, manufacturing, promoting, offering for sale, selling and instructing surgeons, physicians and medical professionals in the use of suture anchor related instruments and products specially designed to promote use of Arthrex suture anchors, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, that embody at least claims 88, 91, 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent.

62.     Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, embodying at least claims 88, 91 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent are not staple articles or commodities of commerce suitable for substantial noninfringing use to the extent that the instructions for use and surgical technique guides supplied by Arthrex only teach one way to use such instruments and products

63. Arthrex had and has actual and/or constructive knowledge of the infringement of the '072 patent and/or the reexamined '072 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to encourage such infringement because of: Arthrex's knowledge of the '072 patent and/or the reexamined '072 patent; Arthrex's promotion, offer for sale, sale and/or distribution of Arthrex suture anchors and/or suture anchor products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products, that embody at least claims 88, 91 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or reexamined '072 patent; Arthrex's creation and distribution of instructions for use and surgical technique guides, including, but not limited to, the PushLock Bankart & SLAP Repair, the SutureBridge (and SpeedBridge) Rotator Cuff Repair and the Achilles SutureBridge, for those Arthrex suture anchors and/or suture anchor related instruments and products that instruct surgeons, physicians and medical professionals in the use of those Arthrex instruments and products; and Arthrex's design, manufacture, offer for sale, sale to and instruction of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors that embody at least claims 88, 91 94, 96, 99, 105, 106, 107, 109 and/or 122 of the '072 patent and/or the reexamined '072 patent.

64. At the very least, Arthrex was willfully blind as to the existence of the '072 patent and/or reexamined '072 patent, and therefore willfully blinded itself to its surgeons, physicians and medical professionals' direct infringement of the '072 patent and/or reexamined '072 patent resulting from their use of Arthrex suture anchors and products, as a result of Arthrex's creation and distribution of instructions for use and surgical technique guides that instruct, teach, encourage and induce surgeons to implant such products, including, but not limited to, Arthrex PushLock SP products and Arthrex SwiveLock SP products.

65.    Arthrex's infringement of the '072 patent and the reexamined '072 patent is and
has been willful and deliberate.

66.    Arthrex knew of the '072 patent and the reexamined '072 patent, Arthrex ignored
and/or disregarded that its actions constituted infringement of a valid patent, and Arthrex acted
despite an objectively high likelihood that its actions constituted infringement of a valid patent.

## COUNT IV – INFRINGEMENT OF THE '862 PATENT

67.    Bonutti Skeletal realleges and incorporates by reference each of the preceding
paragraphs.

68.    Arthrex, directly or through the actions of its employees, divisions and/or
subsidiaries, has infringed and continues to infringe the '862 patent directly, indirectly (by
inducing infringement by others or contributing to infringement), jointly, literally and/or
equivalently.

69.    Arthrex has infringed and continues to infringe the '862 patent, directly,
indirectly, jointly, literally and/or by equivalents, by, among other things, making, using,
offering for sale, selling and/or importing within the United States suture anchors and/or suture
anchor related instruments and products embodying at least claims 34, 153 and/or 168 of the
'862 patent, and/or by, among other things, instructing and encouraging medical professionals to
use Arthrex suture anchors and/or suture anchor related instruments and products embodying at
least claims 34, 153 and/or 168 of the '862 patent. The suture anchors and products include, but
are not limited to, the Meniscal Cinch, and associated instruments and surgical technique guides,
including, but not limited to, those for the Arthroscopic Meniscal Repair.

70.    Surgeons, physicians and medical professionals have infringed and continue to
infringe the '862 patent, directly, indirectly, jointly, literally and by equivalents, by, among other
things, using in the United States Arthrex suture anchors and/or suture anchor related instruments

and products, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent.

71.     Arthrex had and continues to have knowledge and is aware of Dr. Bonutti's patents, including the '862 patent.

72.     Arthrex has infringed and continues to infringe the '862 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '862 patent and specific intent, to encourage, instruct, and contribute to, teach and induce the infringement of, Arthrex did encourage, promote, teach, instruct, teach, and induce others to make, use, offer for sale, sell and/or import within the United States Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 34, 153 and/or 168 of the '862 patent, by, for example, promoting, offering for sale, selling and/or distributing Arthrex suture anchors and/or suture anchor related products, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent, by creating and distributing instructions for use and surgical technique guides, including, but not limited to, Arthroscopic Meniscal Repair, for Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent, and by designing, manufacturing, promoting, offering for sale, selling and instructing surgeons, physicians and medical professionals in the use of suture anchor related instruments and products specially designed to promote use of Arthrex suture anchors, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent. '

73.     Arthrex had and has actual and/or constructive knowledge of the infringement of the '862 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to encourage such infringement because of: Arthrex's knowledge of

the '862 patent; Arthrex's promotion, offer for sale, sale and/or distribution of Arthrex suture anchors and/or suture anchor products, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent; Arthrex's creation and distribution of instructions for use and surgical technique guides, including, but not limited to, Arthroscopic Meniscal Repair, for those Arthrex's suture anchors and/or suture anchor related instruments and products that instruct, encourage and induce surgeons, physicians and medical professionals in the use of those Arthrex instruments and products; and Arthrex's design, manufacture, offer for sale, sale to and instruction of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors, including, but not limited to, the Meniscal Cinch, that embody at least claims 34, 153 and/or 168 of the '862 patent.

74.     Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, the Meniscal Cinch, embodying at least claims 34, 153 and/or 168 of the '862 patent are not staple articles or commodities of commerce suitable for substantial noninfringing use to the extent that the instructions for use and surgical technique guides supplied by Arthrex only teach one way to use such instruments and products.

75.     At the very least, Arthrex was willfully blind as to the existence of the '862 patent, and therefore willfully blinded itself to its surgeons, physicians and medical professionals' direct infringement of the '862 patent resulting from their use of Arthrex suture anchors and products, as a result of Arthrex's creation and distribution of instructions for use and surgical technique guides that instruct, teach, encourage and induce surgeons to implant such products, including, but not limited to, the Meniscal Cinch.

76.     Arthrex's infringement of the '862 patent is and has been willful and deliberate.

77.     Arthrex knew of the '862 patent, Arthrex ignored and/or disregarded that its actions constituted infringement of a valid patent, and Arthrex acted despite an objectively high likelihood that its actions constituted infringement of a valid patent.

## COUNT V – INFRINGEMENT OF THE '559 PATENT

78.     Bonutti Skeletal realleges and incorporates by reference each of the preceding paragraphs.

79.     Arthrex, directly or through the actions of its employees, divisions and/or subsidiaries, has infringed and continues to infringe the '559 patent directly, indirectly (by inducing infringement by others or contributing to infringement), jointly, literally and/or equivalently.

80.     Arthrex has infringed and continues to infringe the '559 patent, directly, indirectly, jointly, literally and/or by equivalents, by, among other things, making, using, offering for sale, selling and/or importing within the United States suture anchors and/or suture anchor related instruments and products embodying at least claims 13, 24, 34 and/or 47 of the '559 patent, and/or by, among other things, with knowledge of the '559 patent and specific intent, inducing, instructing and encouraging medical professionals to use Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 13, 24, 34 and/or 47 of the '559 patent. The suture anchors and products include, but are not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, and associated instruments, products and surgical technique guides.

81.     Surgeons, physicians and medical professionals have infringed and continue to infringe the '559 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, using in the United States Arthrex suture anchors and/or suture anchor related instruments

and products, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent.

82.    Arthrex had and continues to have knowledge and is aware of Dr. Bonutti's patents, including the '559 patent.

83.    Arthrex has infringed and continues to infringe the '559 patent, directly, indirectly, jointly, literally and by equivalents, by, among other things, with knowledge of the '559 patent and specific intent, to induce, encourage, instruct, and contribute to, teach and induce the infringement of, Arthrex did encourage, promote, instruct, teach and induce others to make, use, offer for sale, sell and/or import within the United States Arthrex suture anchors and/or suture anchor related instruments and products embodying at least claims 13, 24, 34 and/or 47 of the '559 patent, by, for example, promoting, offering for sale, selling and/or distributing Arthrex suture anchors and/or suture anchor related products, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent, by creating and distributing instructions for use and surgical technique guides for Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent, and by designing, manufacturing, promoting, offering for sale, selling and instructing surgeons, physicians and medical professionals in the use of suture anchor related instruments and products specially designed to promote use of Arthrex suture

anchors, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent.

84.    , Arthrex had and has actual and/or constructive knowledge of the infringement of the '559 patent by surgeons, physicians and medical professionals, and knowingly induced and possessed specific intent to encourage such infringement because of: Arthrex's knowledge of the '559 patent; Arthrex's promotion, offer for sale, sale and/or distribution of Arthrex suture anchors and/or suture anchor products, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent; Arthrex's creation and distribution of instructions for use and surgical technique guides for those Arthrex suture anchors and/or suture anchor related instruments and products that instruct surgeons, physicians and medical professionals in the use of those Arthrex instruments and products; and Arthrex's design, manufacture, offer for sale, sale to and instruction of surgeons, physicians and medical professionals in the use of suture anchor related instruments and products for use with Arthrex suture anchors, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, that embody at least claims 13, 24, 34 and/or 47 of the '559 patent.

85.    Arthrex suture anchors and/or suture anchor related instruments and products, including, but not limited to, the Bio-Corkscrew, the Bio-Corkscrew FT, the Bio-Composite Corkscrew FT, Mini Bio-Suture Tak, Micro Bio-Suture Tak, Bio-Suture Tak, Bio-Composite Suture Tak and Bio-FASTak, embodying at least claims 13, 24, 34 and/or 47 of the '559 patent

are not staple articles or commodities of commerce suitable for substantial noninfringing use to the extent that the instructions for use and surgical technique guides supplied by Arthrex only teach ways to use such instruments and products that infringe the '559 patent.

86.    At the very least, Arthrex was willfully blind as to the existence of the '559 patent, and therefore willfully blinded itself to its surgeons, physicians and medical professionals' direct infringement of the '559 patent resulting from their use of Arthrex suture anchors and products, as a result of Arthrex's creation and distribution of instructions for use and surgical technique guides that instruct, teach, encourage and induce surgeons to implant such products, including, but not limited to, the Meniscal Cinch.

87.    Arthrex's infringement of the '559 patent is and has been willful and deliberate.

88.    Arthrex knew of the '599 patent, Arthrex ignored and/or disregarded that its actions constituted infringement of a valid patent, and Arthrex acted despite an objectively high likelihood that its actions constituted infringement of a valid patent.

## DAMAGES AND RELIEF

89.    As a consequence of Arthrex's infringement of the patents-in-suit, Bonutti Skeletal has been damaged in an amount not yet determined and will suffer additional irreparable damage unless Arthrex's infringing acts are enjoined by this Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Bonutti Skeletal respectfully requests that the Court enter judgment against Arthrex:

A.    Determining that Arthrex has infringed and continues to infringe one or more claims of the '986 patent;

B.     Determining that Arthrex has infringed and continues to infringe one or more claims of the '514 patent;

C.     Determining that Arthrex has infringed and continues to infringe one or more claims of the '072 patent and the reexamined '072 patent;

D.     Determining that Arthrex has infringed and continues to infringe one or more claims of the '862 patent;

E.     Determining that Arthrex has infringed and continues to infringe one or more claims of the '559 patent;

F.     Preliminarily and permanently enjoining Arthrex, its respective officers, agents, servants, directors, employees and attorneys, and all persons acting in concert or participation with it, directly or indirectly, or any of them who receive actual notice of the judgment, from further infringing, inducing others to infringe, or contributing to the infringement of the patents-in-suit;

G.     Ordering Arthrex to account for and pay to Bonutti Skeletal all damages suffered by Bonutti Skeletal as a consequence of Arthrex's infringement of the patents-in-suit, together with interest and costs as fixed by the Court;

H.     Trebling or otherwise increasing Bonutti Skeletal's damages under U.S.C. § 284 on the grounds that Arthrex's infringement of the patents-in-suit was deliberate and willful;

I.     Declaring that this case is exceptional and awarding Bonutti Skeletal its costs and attorneys' fees in accordance with 35 U.S.C. § 285; and

J.     Granting Bonutti Skeletal such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Bonutti Skeletal hereby requests a trial by jury for all issues so triable.

Dated: April 15, 2013

> STROOCK & STROOCK & LAVAN LLP
> *Attorneys for Bonutti Skeletal Innovations LLC*
> Southeast Financial Center
> 200 South Biscayne Blvd., Suite 3100
> Miami, Florida 33131-5323
> Telephone: (305) 358-9900
> Facsimile: (305) 416-2888
> jsammataro@stroock.com

> By: _/s/James G. Sammataro_
> James G. Sammataro
> Florida Bar No. 0520292

Of counsel:
STROOCK & STROOCK & LAVAN LLP
Brian M. Rothery
Steven B. Pokotilow
Angie M. Hankins[1]
Etan Chatlynne
Deepal S. Chadha
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a notice of the foregoing document is being served this day on all counsel of record identified in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF this 15th day of April, 2013.

> s/ James G. Sammataro

---

[1] Application for the *pro hac vice* admission of Ms. Hankins will be filed in short order.